IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Citation No. 15-PO-7006

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRANDI R. JONES ,

    Defendant.

## ORDER SETTING TRIAL AND MOTIONS HEARING

Michael E. Hegarty, United States Magistrate Judge.

It is hereby ORDERED that this matter is set for a two-day Jury Trial beginning on June 1, 2015 at 9:00 a.m., in the Alfred J. Arraj U.S. Courthouse, at 901 19th Street, Denver, Colorado, Courtroom A501. The provisions of the Local Rules of this Court and of Fed. R. Crim. P. 16 shall be followed by the prosecution and the defense.

It is further ORDERED that any pretrial motions are to be filed on or before April 3, 2015. Responses to the motions shall be filed on or before April 10, 2015, and replies in support of the motions shall be filed on or before April 17, 2015.

It is further ORDERED that a Motions Hearing is set before the Court on April 24, 2015 at 1:30 p.m. in the Alfred J. Arraj U.S. Courthouse, at 901 19th Street, Denver, Colorado, Courtroom A501.

It is further ORDERED that a Trial Preparation Conference is set before the Court on May 14, 2015 at 2:30 p.m. in the Alfred J. Arraj U.S. Courthouse, at 901 19th Street, Denver, Colorado, Courtroom A501.

It is further ORDERED that 30 days before trial, the parties shall notify the magistrate judge's courtroom deputy, Molly Davenport, who may be reached at (303) 335-2090, of any need for special accommodation for any attorney, party, or witness; or any need for technological equipment, such as videoconferencing, or equipment needed for the presentation of evidence using CDROM or other electronic means of evidence presentation.

It is further ORDERED that five business days prior to the trial:

     1. The parties shall file their trial briefs, not to exceed ten pages, and

     2. Counsel shall electronically file **AND** provide a copy to the magistrate judge, emailed as an attachment in Word or Word Perfect format to hegarty_chambers@cod.uscourts.gov, their proposed findings of fact and conclusions of law.

     It is further ORDERED that each party shall file with the Clerk of the Court and provide the magistrate judge with an original and two copies of the following materials <u>at the beginning</u> of the court trial:

     1. Witness list in alphabetical order;

     2. Exhibit lists;

     3. Exhibits:

         a. Trial exhibits shall be pre-marked. The government shall use numbers and the defense shall use letters;

         b. The parties shall meet and exchange their pre-marked exhibits before the beginning of the trial;

         c. The parties shall predetermine the designation of any exhibit which is endorsed by more than one party in order to avoid duplication of exhibits;

         d. Each party's original trial exhibits shall be used by the witnesses, and two copies of the exhibits shall be provided to the magistrate judge;

         e. Trial exhibits shall be tabbed and placed into notebooks including the Court's copies of the exhibits, <u>unless</u> an exhibit is incapable of being placed into a notebook; and,

         f. Any exhibit which consists of multiple pages shall have each page of the exhibit sequentially numbered for ease of reference by the witness and for clarity of the record.

     4. A list of any objections any party has to the opponent's exhibits. These objections shall state in a clear and concise fashion the evidentiary grounds for the objection and the legal authority supporting such objection. If the authority is in the Federal Rules of Evidence, the rule number to be cited; if the authority is case law, the Court shall be provided with a copy of the case;

     5. A list of witnesses' scheduling problems, indicating times of such witnesses' availability during the trial;

     6. A list of stipulated exhibits;

7. A list of stipulated facts;

8. A list of any facts of which a party is asking the Court to take judicial notice; and

9. A list of any unique terms intended to be used during the trial, in alphabetical order (examples: medical, commercial, and scientific terms).

Dated at Denver, Colorado, this 26th day of March, 2015.

                                                BY THE COURT:

                                                *Michael E. Hegarty*

                                                Michael E. Hegarty
                                                United States Magistrate Judge